DPS-363 September 9, 2005
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 05-1049

JACK C. CHILINGIRIAN

v.

BERNIE D. ELLIS, ET AL.

(W.D. PA. CIV. NO. 01-CV-144)

Present: ROTH, BARRY AND SMITH, <u>CIRCUIT JUDGES</u>

Submitted are:

(1) Appellees' motion for summary affirmance; and

(2) Appellant's response

in the above-captioned case.

Respectfully,

Clerk

MMW/RL/arl

_____ORDER_____

The foregoing motion for summary affirmance is **granted**.

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated: October 18, 2005
ARL/cc: JCC; CAS

Certified as a true copy and issued in lieu of a formal mandate on 11/9/05

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit